*Attorney General Rogge,* and *Mr. William W. Barron* for the United States.

No. 319. SHERWIN *v.* UNITED STATES; and

No. 320. SHERIDAN *v.* UNITED STATES. October 28, 1940. The motion for leave to proceed *in forma pauperis* is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. *Mr. Earl C. Demoss* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll,* and *William J. Connor* for the United States. Reported below: 112 F. 2d 503.

No. 400. CONSOLIDATED ROCK PRODUCTS CO. ET AL. *v.* DU BOIS; and

No. 444. BADGLEY ET AL. *v.* SAME. October 28, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Paul R. Watkins* and *Dana Latham* for petitioners in No. 400. *Messrs. Homer I. Mitchell* and *John C. Macfarland* for petitioners in No. 444. *Mr. Kenneth E. Grant* for respondent. By leave of Court, *Solicitor General Biddle* and *Messrs. Richard H. Demuth, David W. Knowlton, Chester T. Lane, Martin Riger, George Rosier, Homer Kripke,* and *Irving S. Rogers* filed briefs on behalf of the Interstate Commerce Commission et al., as *amici curiae,* in support of petitioners. Reported below: 114 F. 2d 102.